UNITED STATES DISTRICT COURT
District of Columbia

National Treasury Employees )
 Union                      )
                            )
           Plaintiff,       )
                            )
           v.               )     Case No. 08-675
                            )
Transportation Security     )
 Administration             )
                            )
           Defendant.       )

### AFFIDAVIT OF SUMMONS SERVICE

I hereby declare under the penalty of perjury, that a copy of the Summons and Complaint filed in this matter was sent via certified mail, return receipt to:

U.S. Attorney General
Michael Mukasey
Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530

A signed and dated receipt has been returned and is attached to this affidavit.

5/14/08
Date

Geri Khan

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney General
   Michael Mukasey
   Department of Justice
   950 Pennsylvania Ave., NW
   Washington, DC 20530

   3418

2. Article Number
   (Transfer from service label)

   7802 2030 0002 7744 4400

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   04R-21-20??

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540