UNITED STATES DISTRICT COURT
District of Columbia

| | |
|---|---|
| National Treasury Employees Union ) ) ) Plaintiff, ) ) v. ) ) Transportation Security Administration ) ) ) Defendant. ) | Case No. 08-675 |

### AFFIDAVIT OF SUMMONS SERVICE

I hereby declare under the penalty of perjury, that a copy of the Summons and Complaint filed in this matter was sent via certified mail, return receipt to:

Civil Processing Clerk
U.S. Attorney for the
 District of Columbia
Judiciary Center
555 Fourth Street, NW
Washington, DC 20001

A signed and dated receipt has been returned and is attached to this affidavit.

5/14/08
Date

_Geri Khan_
Geri Khan

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Emmett Parker_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>APR 2 8 2008 |
| 1. Article Addressed to:<br><br>Civil Processing Clerk<br>U.S. Attorney<br>555 4th Street, NW<br>Washington, DC 20001<br><br>5418 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7002 2030 0002 7744 4417 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |