UNITED STATES DISTRICT COURT
District of Columbia

National Treasury Employees Union )
)
)
Plaintiff, )
)
v. )  Case No. 08-675
)
Transportation Security Administration )
)
)
Defendant. )

## AFFIDAVIT OF SUMMONS SERVICE

I hereby declare under the penalty of perjury, that a copy of the Summons and Complaint filed in this matter was sent via certified mail, return receipt to:

Transportation Security Administration
601 South 12th Street
Arlington, VA  22202

A signed and dated receipt has been returned and is attached to this affidavit.

_5/14/08_  
Date

_Geri Khan_  
Geri Khan

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*<br>L Braxton | B. Date of Delivery |
| | C. Signature<br>X | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>Transportation Security Adm.<br>601 South 12th Street<br>Arlington, VA 22202-4220 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>[U.S. NAVY ANACOSTIA ANNEX, D.C. APR 21 2008 stamp] | |
| .5418 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)* | ☐ Yes |
| 2. Article Number *(Copy from service label)*<br>7002 2030 0002 7744 4394 | | |