# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION<br>1750 H Street, NW<br>Washington, DC 20006<br><br>      Plaintiff,<br><br>v.<br><br>TRANSPORTATION SECURITY<br>ADMINISTRATION<br>601 South 12th Street<br>Arlington, VA 22202-4220<br><br>      Defendant. | Civil Action No: 08-0675 (RBW) |

## NOTICE OF ENTRY OF APPEARANCE

**THE CLERK OF THE COURT** will please enter the appearance of Special Assistant United States Attorney Brandon L. Lowy as counsel of record for the Defendant in the above-captioned civil action.

    Respectfully submitted,

      /s/ Brandon L. Lowy
    BRANDON L. LOWY,
    Special Assistant United States Attorney
    555 Fourth St., NW, Room E4405
    Washington, D.C. 20530
    Phone: (202) 307-0364
    Fax: (202) 514-8780
    Brandon.Lowy@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this   14th   day of May, 2008 a true and correct copy of the foregoing Notice of Entry of Appearance was served via the court's Electronic Case Filing System (ECF).

                              /s/ Brandon L. Lowy
                              BRANDON L. LOWY
                              Special Assistant United States Attorney