UNITED STATES DISTRICT COURT
District of Columbia

National Treasury Employees )
 Union )
 )
                Plaintiff, )
 )
       v. )    Case No. 08-675
 )
Transportation Security )
 Administration )
 )
                Defendant. )

**AFFIDAVIT OF SERVICE**

I hereby declare under the penalty of perjury, that a copy of the Summons and Complaint filed in this matter was sent via certified mail, return receipt to:

U.S. Attorney General
Michael Mukasey
Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530

Civil Processing Clerk
U.S. Attorney for the
 District of Columbia
Judiciary Center
555 Fourth Street, NW
Washington, DC 20001

        And

Transportation Security Administration
601 South 12th Street
Arlington, VA  22202

Signed and dated receipts have been returned and are attached to this affidavit.

5/14/2008
Date

Geri Khan
Geri Khan

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney General
   Michael Mukasey
   Department of Justice
   950 Pennsylvania Ave., NW
   Washington, DC 20530

   5418

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): 04R-21-200
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7002 2030 0002 7744 4400

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Civil Processing Clerk
   U.S. Attorney
   555 4th Street, NW
   Washington, DC 20001

   5418

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name):
C. Date of Delivery: APR 28 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number: 7002 2030 0002 7744 4417

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Transportation Security Adm.
   601 South 12th Street
   Arlington, VA 22202-4220

   5418

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): L Braxton
B. Date of Delivery:

C. Signature
   X
   ☐ Agent
   ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[Stamp: U.S. NAVY ANACOSTIA ANNEX, D.C. APR 21 2008]

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label): 7002 2030 0002 7744 4394