# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRANSPORTATION SECURITY ) <br> ADMINISTRATION ) <br> ) <br> Defendant. ) <br> ) | Civil Action No: 08-0675 (RBW) |

## NOTICE REGARDING DEADLINE TO RESPOND TO THE COMPLAINT

The Clerk of the Court will please take notice that, pursuant to the Summons in a Civil Case served upon Defendant, the Defendant is required to serve upon Plaintiff an answer to the complaint within 30 days of service upon it. However, pursuant to the Federal Rules of Civil Procedure, the Plaintiff must serve the defendant agency, the Attorney General of the United States, and the United States Attorney's Office for the district where the action is brought before service can be perfected. As Plaintiff has shown, the United States Attorney's Office for the District of Columbia was served on April 28, 2008. See Dkt. Entry 6. As a result, Defendant, by and through undersigned counsel, intends to respond to the Complaint on or before May 28, 2008.

Dated: May 15, 2008.                                    Respectfully Submitted,

                                                        ___/s/_____
                                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                        United States Attorney

2

/s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/
BRANDON L. LOWY
Special Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0364


Attorneys for Defendant

Copy to:  ECF Counsel