## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL TREASURY EMPLOYEES UNION | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No: 08-0675 (RBW) |
| v. | ) ) ) | |
| TRANSPORTATION SECURITY ADMINISTRATION | ) ) ) ) | |
| Defendant. | ) ) | |

### DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendant, by and through their undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to extend by thirty days, to June 27, 2008, their deadline to file a response to the Complaint. The current deadline is Wednesday, May 28, 2008. Pursuant to Rule 7(m) of the Rules of the United States District Court for the District of Columbia, the undersigned counsel conferred with Plaintiff's counsel on the extension motion on Thursday, May 22, 2008, and Plaintiff's counsel consented to the relief requested.

There is good cause to grant this motion. Counsel for Defendant requires the time to confer with agency counsel and to finalize the agency's response to the allegations in the Complaint. The undersigned counsel also seeks time to discuss further options with Plaintiff's counsel prior to submission of any filing with the Court.

For the foregoing reasons, Defendant respectfully requests that their deadline to file their response to the Complaint be extended to June 27, 2008. A proposed order consistent with this motion is attached hereto.

Dated: May 23, 2008                    Respectfully submitted,


  /s/                                    
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


  /s/                                    
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.


  /s/                                    
BRANDON L. LOWY,
Special Assistant United States Attorney
555 Fourth St., NW, Room E4405
Washington, D.C. 20530
Phone: (202) 307-0364
Fax: (202) 514-8780
Brandon.Lowy@usdoj.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION )<br><br>  Plaintiff, )<br><br>  v. )<br><br>TRANSPORTATION SECURITY )<br>ADMINISTRATION )<br><br>  Defendant. ) | Civil Action No: 08-0675 (RBW) |

**ORDER**

Having considered Defendant's Motion for Extension of Time to Respond to the Complaint, and the entire record herein, it is, this _____ day of _____, 2008,

ORDERED that Defendant's Consent Motion for Extension of Time to Respond to the Complaint be and hereby is GRANTED; and it is

FURTHER ORDERED that Defendant shall submit its response to the Complaint by June 27, 2008.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copy to:  ECF Counsel