# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION ) ) Plaintiff, ) ) v. ) ) TRANSPORTATION SECURITY ) ADMINISTRATION ) ) Defendant. ) ) | Civil Action No: 08-0675 (RBW) |

## DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendant, by and through their undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to extend until August 8, 2008, their deadline to file a response to the Complaint. Pursuant to Rule 7(m) of the Rules of the United States District Court for the District of Columbia, the undersigned counsel conferred with Plaintiff's counsel on the extension motion on Thursday, June 26, 2008, and Plaintiff's counsel consented to the relief requested.

There is good cause to grant this motion. Undersigned counsel and counsel for the agency have been in discussions with Plaintiff's counsel concerning the release of records responsive to Plaintiff's FOIA request. Defendant requests this time so that 1) it may issue a final decision regarding the FOIA request; 2) Plaintiff may have an opportunity to respond; and 3) issues to be presented to the Court may be resolved.

For the foregoing reasons, Defendant respectfully requests that their deadline to file their response to the Complaint be extended to August 8, 2008. This is Defendant's second request. A proposed order consistent with this motion is attached hereto.

Respectfully submitted,


/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.


/s/
BRANDON L. LOWY,
Special Assistant United States Attorney
555 Fourth St., NW, Room E4405
Washington, D.C. 20530
Phone: (202) 307-0364
Fax: (202) 514-8780
Brandon.Lowy@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL TREASURY EMPLOYEES UNION | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No: 08-0675 (RBW) |
| v. | ) ) ) | |
| TRANSPORTATION SECURITY ADMINISTRATION | ) ) ) | |
| Defendant. | ) ) | |

## **ORDER**

Having considered Defendant's Motion for Extension of Time to Respond to the Complaint, and the entire record herein, it is, this _____ day of _____, 2008,

ORDERED that Defendant's Consent Motion for Extension of Time to Respond to the Complaint be and hereby is GRANTED; and it is

FURTHER ORDERED that Defendant shall submit its response to the Complaint by August 8, 2008.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copy to:  ECF Counsel