UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 08-675 (RBW) ) |
| TRANSPORTATION SECURITY ADMINISTRATION, | ) ) ) |
| Defendant. | ) ) ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Defendant respectfully requests that the Clerk of the Court enter the appearance of Assistant United States Attorney John G. Interrante as counsel for defendant in the above captioned case and withdraw the appearance of Special Assistant United States Attorney Brandon L. Lowy.

Respectfully submitted,

____/s/_____
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov