# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **NATIONAL TREASURY EMPLOYEES UNION,** | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No: 08-0675 (RBW) |
| v. | ) ) ) | |
| **TRANSPORTATION SECURITY ADMINISTRATION,** | ) ) ) ) | |
| Defendant. | ) ) | |

## DEFENDANT'S CONSENT MOTION FOR EXTENSION
## OF TIME TO RESPOND TO THE COMPLAINT

Defendant, by and through undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) for an extension of 45 days, to and including, September 22, 2008, to answer or otherwise respond to the Complaint. Pursuant to Rule 7(m) of the Rules of the United States District Court for the District of Columbia, the undersigned counsel conferred with Plaintiff's counsel on the extension motion and Plaintiff's counsel consented to the relief requested.

There is good cause to grant this motion. Undersigned counsel, who is also entering a substitution of counsel in this case, will continue to work with counsel for the agency and Plaintiff's counsel to resolve issues concerning the release of records responsive to Plaintiff's FOIA request. Since the Court's Minute Order of June 29, 2008, which extended defendant's response time for good cause shown, Defendant has released documents responsive to Plaintiff's FOIA request and Plaintiff has sent a letter, dated August 7, 2008, identifying its concerns with the disclosures. Defendant requests additional time so that undersigned counsel may confer and

consult with agency counsel about an appropriate response to Plaintiff's recent correspondence and attempt to narrow any issues that may have to be presented to the Court.

For the foregoing reasons, Defendant respectfully requests that the deadline to file its response to the Complaint be extended to September 22, 2008. This is Defendant's third request. A proposed order consistent with this motion is attached hereto.

        Respectfully submitted,


        /s/
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney


        /s/
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney


        /s/
        JOHN G. INTERRANTE
        PA Bar # 61373
        Assistant United States Attorney
        Civil Division
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 514-7220
        (202) 514-8780 (fax)
        John.Interrante@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No: 08-0675 (RBW) |
| v. | ) ) ) | |
| TRANSPORTATION SECURITY ADMINISTRATION, | ) ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Having considered Defendant's Consent Motion for Extension of Time to Respond to the Complaint, and the entire record herein, it is, this _____ day of _____, 2008,

ORDERED that Defendant's Consent Motion for Extension of Time to Respond to the Complaint be and hereby is GRANTED; and it is

FURTHER ORDERED that Defendant shall submit its response to the Complaint by September 22, 2008.

SO ORDERED.

Reggie B. Walton
United States District Judge

Copy to: ECF Counsel